# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **ELIZABETH LOPEZ,** | ) |
| Petitioner, | ) |
| v. | ) Case No. 7:23-cv-337-AMM-NAD |
| **KIMBERLY NEELY, Warden,** | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

Petitioner Elizabeth Lopez filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Doc. 1. On January 3, 2024, the magistrate judge entered a report which recommended that the habeas petition be dismissed without prejudice because Ms. Lopez failed to exhaust her administrative remedies. Doc. 11. Although the magistrate judge advised Ms. Lopez of her right to file objections to the report and recommendation within fourteen days, *id*., at 9–10, that time expired without the court receiving any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's findings and **ACCEPTS** the recommendation. The petition for writ of habeas corpus is due to be **DISMISSED WITHOUT PREJUDICE.**

A separate Final Order will be entered.

**DONE** and **ORDERED** this 31st day of January, 2024.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE